**TIM HENNIGAN CO., INC.**

v.

**Anthony A. NUNES, Inc.**

No. 79–315–A.

Supreme Court of Rhode Island.

Jan. 10, 1980.

Dennis H. Esposito, Providence, for plaintiff.

Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr., Providence, for defendant.

### ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

DORIS, J., did not participate.